NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETAC TECHNOLOGY CO., LTD.,**
*Appellant*

**v.**

**SANDISK CORPORATION,**
*Appellee*

---

2015-1630

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. 95/000,384.

---

**JUDGMENT**

---

WENYE TAN, Anova Law Group, PLLC, Sterling, VA, argued for appellant. Also represented by XIAOQUN WU.

DARRYL J. ADAMS, Baker Botts, LLP, Austin, TX, argued for appellee. Also represented by BRIAN W. OAKS; RUSSELL J. CRAIN, Dallas, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 February 9, 2016                          /s/ Daniel E. O'Toole
        Date                              Daniel E. O'Toole
                                          Clerk of Court